IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 2:21-cr-00788-MBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION FOR** |
| vs. | ) | **SENTENCING HEARING VIA VIDEO** |
| | ) | **OR TELEPHONE** |
| CHARLES WILLYS MINCEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant, Charles Willys Mincey, Jr., hereby respectfully requests and moves that this Honorable Court proceed with and conduct a video or telephonic Sentencing Hearing in the above-styled action. In support thereof, the Defendant states as follows:

1. Defendant has been advised by Counsel and understands that the Court has determined that it is unable to conduct in-person proceedings due to the emergency circumstances created by the COVID-19 pandemic without placing undue health risks on defendants, their families, court personnel, attorneys and others who may wish to attend such proceedings.

2. Defendant further shows that he has been advised by Counsel on and fully understands the inherent limitations imposed by proceeding with an electronic hearing and his right to be physically present at the Sentencing Hearing pursuant to Rule 43 of the Federal Rules of Criminal Procedure.

3. Having been fully advised by Counsel on the above, Defendant freely and voluntarily waives the right to have an in-person Sentencing Hearing at a later date and agrees and consents to proceeding with the Sentencing Hearing via video or telephone.

Counsel for Defendant hereby certifies that he has fully consulted with the Defendant regarding this Motion for Video or Telephone Sentencing Hearing and the Government will be asked to respond to any defense motion for a video or telephone hearing.

Respectfully Submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/ E. BART DANIEL
    E. Bart Daniel
    Federal Bar No. 403
    E-Mail: bart.daniel@nelsonmullins.com
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC  29401-2239
    (843) 853-5200

*Counsel for Defendant Charles Willys Mincey, Jr.*

Charleston, South Carolina

March 31, 2022