IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CHARLES WILLYS MINCEY, JR.**<br><br>a/k/a Charles Willis Mincey<br>a/k/a Chuck Mincey | Criminal No: 2:21-cr-788 (MBS) |

### STIPULATIONS OF THE PARTIES FOR SENTENCING

Counsel for the government, and the defendant, CHARLES WILLYS MINCEY, JR., through his counsel, Edward Bart Daniel, stipulate and agree to the following facts for purposes of sentencing:

1. That Mincey performed work on six grants after he had been suspended by the Federal Home Loan Bank of Atlanta (for grantees Julius DuBois, Ira Davis, Martha Johnson, Alice Ladson, Lavern Price, and Robert Wallace). Mincey's average profit from work on these grants was $7,180. As such, Mincey made an estimated profit of $43,080 from six grants while he was suspended;

2. Based on the stipulated facts detailed in paragraph 1 above, as well as the loss amounts detailed in paragraphs 18 and 24 of the Presentence Investigation Report (PSR), the total loss amount attributable to Mincey is $338,679.99; and

3. Based on the stipulated facts detailed in paragraphs 1 and 2 above, as well as the restitution already paid by co-conspirator Karl Henry Zerbst (in the amount of $246,689.99, as detailed in paragraph 26 of the PSR), Mincey is responsible for restitution in the amount of $91,990.

Based on these stipulated facts and agreed to loss and restitution amounts, the parties respectfully request that the Court amend the PSR accordingly to reflect these facts (in paragraphs 25, 26, 39, 80, and 82), find a total loss amount of $338,679.99 that is attributable to Mincey, and order that he pay restitution in the amount of $91,990.

The parties, through their counsel, further submit that with these changes, the parties have resolved all objections to the PSR.

Respectfully Submitted,

| | |
|---|---|
| /s/ E. Bart Daniel (AES)_____ | /s/ Allessandra Stewart |
| E. Bart Daniel, Esquire (Fed. Bar No. 403) | Allessandra Stewart (Fed. Bar No. 19262) |
| Nelson Mullins Riley & Scarborough, LLP | Assistant United States Attorney |
| 151 Meeting Street, Sixth Floor | 151 Meeting Street, Suite 200 |
| Charleston, South Carolina 29401 | Charleston, South Carolina, 29401 |

May 10, 2022