# EXHIBIT X

September 2020 Card from Annah Mincey, Chuck's Daughter, 1 month before her son/his grandson Heights was born.  Annah passed away August 8, 2021.

Dad,
Thank you so much for the Beautiful CRIB you + Susan got for Heights. We absolutely love it and will make good use of it for years to come.

It meant the world to me that you came to the shower in Houston. Your presence gave me so much comfort and confidence that made all my nervousness and anxiety vanish. That weekend was a dream come true, one of the best weekends in my life.

Im so blessed God made you my Dad. I want Height's to be just like you when he grows up. - Im still working on it. Lol.

Heights Carson Mincey Leslie

Do you like it? It's long but I'm confident that he will find the importance of having Mincey incoroporated in his name just as I have.

We are patiently waiting for his arrival. I've been pregnant all of 2020 and it's time. I've been looking at Flights for Thanksgiving to come see you with our boy, just waiting to see what Craigs work schedule will be like for the Holiday. Either way me + Heights will be there.

I love you so much Dad, and cherish each phone call, visit and memory we've made over the years. Cant wait to see you soon. Sending Love from Dallas-
Annah + Craig ♡ xoxo