# EXHIBIT Y

May 6, 2022 letter from Chuck's Daughter, Lauren Mincey

Honorable Judge,

I, Lauren Mincey, am writing on behalf of my dad, Chuck Mincey who has been charged before your court with conspiracy to defraud the government. I am Chuck Mincey's daughter. I feel very fortunate to be able to call him my dad because he is a good dad and just an all-around good person. I am proud to be his daughter and I strive to be more like him every day.

My dad grew up in Charlotte, North Carolina where he shared a cramped two- bedroom apartment with his three sisters and mother. My dad did not have the easiest childhood, he faced many adversities. My grandfather was a severe alcoholic and was in and out of my dad's life, leaving my grandmother with raising four children by herself. As a single mom, my grandmother had to provide for her four children. Even though she tried her best, she struggled financially making ends meet.

I think my dad's childhood is the reason he is such a huge part of my son, Asher's, life. My dad is the only male role model and father figure in Asher's life. My dad does not want Asher to face the same obstacles of growing up with a single mom confused about his father. Asher admires my dad; he even calls him "Da-Da". My son would be devastated if my dad were to be incarcerated. My dad is very loved and needed by his entire family.

Growing up, my dad taught me morals, accountability, and respect. My dad taught me these things not through words- but his actions. My dad is always accountable for his actions even when the truth is inconvenient. The ugly truth is part of this moral code he lives by and instilled in me, my late sister, and now my six-year-old son. My dad still holds accountably and is ready to face the consequences. Your honor, I am respectfully asking you for leniency during sentencing, may your sentence be merciful, not punitive. My dad has a clean record, over 65 years- my dad has not had any run-ins with the police. Please take that into consideration as you reach a decision. I lost my sister in August; I cannot bear the devastation of losing my dad too. Thank you for taking the time to read this letter.

Respectfully,

Lauren Mincey